UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   4:13CR00473 CDP |
| | ) | |
| JALIL AL-HANOOSH, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES
FOR PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Julia M. Wright and

Anthony L. Franks, Assistant United States Attorneys for said District, and moves this Court to

issue a Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the

United States sets forth the following:

1.   On October 29, 2014, Defendant Jalil Al-Hanoosh pled guilty to a violation of Title

18, United States Code, Section 1343 and Title 7, United States Code, Section 2024(b), and also

agreed, in writing in the Guilty Plea Agreement, to the forfeiture of certain property as set forth

below (the "Subject Property"):

   a.   $36,629.65 in funds from Account # XXXXXX9867 in the name of Babylon Grocery
        & Bakery at PNC Bank.

2.   Defendant also agreed to the entry of a money judgment against Defendant and in favor

of the United States in the amount of $150,000.00.

3.     Accordingly, the United States now moves pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for the entry of a Preliminary Order of Forfeiture, forfeiting the Subject Property to the United States pursuant to the notice provided in the Indictment.

4.     Based upon the evidence set forth in the Plea Agreement and presented at the plea hearing held on October 29, 2014, the United States has established the required nexus between the Subject Property and the offenses to which Defendant has pleaded guilty. Accordingly, the Subject Property is subject to forfeiture to the United States pursuant to Title 7, United States Code, Section 2024(f), Title 18, United States Code, Section 981(a), and Title 28, United States Code, Section 2461(c).

5.     Pursuant to Rule 32.2(b)(6) and Title 21, United States Code, Section 853(n), upon the issuance of a Preliminary Order of Forfeiture ordering the forfeiture of specific property, the United States shall publish notice of the Order and send direct notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

6.     Upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Rule 32.2(c) and Title 21, United States Code, Section 853(n), in which the Subject Property will be ordered forfeited to the United States to be disposed of according to law.

7.     Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), the Court's order becomes final as to the Defendant upon sentencing. To the extent the order directs Defendant to forfeit specific property, it remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

8. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B), the Court must include the forfeiture when orally announcing the sentence or must otherwise ensure Defendant knows of the forfeiture at sentencing. The Court must also include the forfeiture order, directly or by reference, in the judgment, but the Court's failure to do so may be corrected at any time under Rule 36.

WHEREFORE, the United States respectfully requests that this Court determine that Subject Property as set forth in paragraph 1 above is subject to forfeiture and enter a Preliminary Order of Forfeiture that also includes a money judgment against Defendant. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States also requests authority to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production. The United States submits herewith its proposed Preliminary Order of Forfeiture.

Dated: November 6, 2014

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Julia M. Wright_____
JULIA M. WRIGHT, #38928MO
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorneys
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:    (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_/s/ Julia M. Wright_
JULIA M. WRIGHT, #38928MO
Assistant United States Attorney