UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:13 CR 473 CDP |
| | ) | |
| JALIL IBRAHIM AL-HANOOSH, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Anthony L. Franks, Assistant United States Attorney for said District, and pursuant to Paragraph 7 of the Administrative Order of this Court (July 12, l988), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 */s/ Anthony L. Franks*
ANTHONY L. FRANKS, # 50217MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                         */s/ Anthony L. Franks*
                                         ANTHONY L. FRANKS, # 50217MO
                                         Assistant United States Attorney